

Wllls McCoy WALLACE

v.

STATE.

No. 27341.

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the offense of burglary, and his punishment was assessed at 5 years in the penitentiary.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted and the appeal is dismissed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Robbery is the offense; the punishment, forty-five years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

R. G. DAWS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27111.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

Rosie Lee SMITH, Appellant,

v.

The STATE of Texas, Appellee.

No. 27119.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

